UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALLACE NEWELL PELTON,<br>Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:19-CV-1164 |
| v. | ) <br> ) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY,<br>Defendant | ) <br> ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, Plaintiff's request for the award of benefits, or in the alternative a new administrative hearing is DENIED as follows:

(1) The final decision of the Commissioner be AFFIRMED.

(2) Final judgment be issued in favor of Andrew Saul, Commissioner of Social Security.

(3) The Clerk of Court is directed to CLOSE this case.

Date: June 4, 2020

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge